IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LAGUNA TUBULAR PRODUCTS CORPORATION and THE INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA, | § § § § § | |
| Plaintiffs, | § | CIVIL ACTION NO. 4:17-cv-01262 |
| v. | § § § | |
| THE BURLINGTON INSURANCE COMPANY, | § § § | |
| Defendant. | § | |

## NOTICE OF SETTLEMENT

Plaintiffs Laguna Tubular Products Corporation and The Insurance Company of the State of Pennsylvania (collectively, "Plaintiffs") and Defendant The Burlington Insurance Company ("Defendant") hereby submit this notice of settlement to the Court.

1. Plaintiffs and Defendant hereby advise the Court that a compromise and settlement has been reached resolving all claims between Plaintiffs and Defendant.

2. Accordingly, Plaintiffs and Defendant respectfully request that the parties be provided forty-five (45) days to submit dismissal documents.

WHEREFORE, Plaintiffs Laguna Tubular Products Corporation and The Insurance Company of the State of Pennsylvania and Defendant The Burlington Insurance Company, respectfully move this Court to allow the parties forty-five (45) days to submit dismissal documents and for such other and further relief to which they may be justly entitled.

Respectfully submitted,

*/s/ Ellen Van Meir (w/permission)*
ELLEN VAN MEIR
Attorney-In-Charge
State Bar No. 00794164
Southern District Bar No. 20363
evanmeir@thompsoncoe.com
ASHLEY L. MASON
Of Counsel
State Bar No. 24083453
Southern District Bar No. 2285052
amason@thompsoncoe.com
THOMPSON, COE, COUSINS & IRONS, LLP
700 N. Pearl Street, 25th Floor
Dallas, Texas 75201-2832
(214) 871-8200
(214) 871-8209 (Fax)

**ATTORNEYS FOR PLAINTIFFS**

*/s/ Wm. Lance Lewis*
WM. LANCE LEWIS
Attorney-In-Charge
State Bar No. 12314560
Southern District Bar No. 28635
llewis@qslwm.com
ALISSA PUCKETT
Of Counsel
State Bar No. 24056886
apuckett@qslmw.com
Southern District Bar No. 1104471
**QUILLING, SELANDER, LOWNDS, WINSLETT & MOSER, P.C.**
2001 Bryan Street, Suite 1800
Dallas, Texas 75201
(214) 871-2100
(214) 871-2111 (Fax)

**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

    The undersigned hereby certifies that a true and correct copy of the above and foregoing instrument has been served electronically upon all counsel of record in accordance with the Federal Rules of Civil Procedure on this 11th day of December 2018.

                                          */s/ Wm. Lance Lewis*
                                          Wm. Lance Lewis / Alissa Puckett