Case 4:17-cv-01262   Document 27   Filed on 12/12/18 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
December 12, 2018
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LAGUNA TUBULAR PRODUCTS CORPORATION and THE INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA, | § § § § § | |
| Plaintiffs, | § § | |
| v. | § § | CIVIL ACTION NO. H-17-1262 |
| THE BURLINGTON INSURANCE COMPANY, | § § § | |
| Defendant. | § | |

ORDER OF DISMISSAL ON SETTLEMENT ANNOUNCEMENT

The Court has been informed that a settlement of this cause of action has been reached. The case is **DISMISSED** without prejudice to the right of the parties to move for reinstatement within forty-five (45) days after the entry of this order.

The Clerk will enter this Order, providing a correct copy to all parties of record.

SIGNED at Houston, Texas, on this 12TH day of December, 2018.

EWING WERLEIN, JR.
UNITED STATES DISTRICT JUDGE